IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CHARLES PRESCOTT, on behalf of himself )
and all others similarly situated, )
    *Plaintiff*, )
)    CA No. 5:17-CV-365-FL
)
v. )
)
)    **ENTRY OF DEFAULT**
MORGREEN SOLAR SOLUTIONS, LLC; )
DARRIN GREEN; VAUGHN INDUSTRIES, )
LLC, )
    *Defendants* )
)

THIS MATTER coming on to be heard and being heard before the undersigned Clerk of the Eastern District of North Carolina, upon Plaintiff's Motion for Entry of Default, the Court makes the following Findings of Fact:

1. On July 21, 2017, this action was commenced by Plaintiff Charles Prescott ("Plaintiff") against MorGreen Solar Solutions, LLC; Darrin Green; and Vaughn Industries, LLC ("Defendants").

2. On August 2, 2017 and August 23, 2017 and pursuant to Fed. R. Civ. P. 4(e)(2)(a) and (c), copies of the summonses were delivered to Defendant Darrin Green by US Certified Mail with Return Receipt and Defendant MorGreen Solar Solutions, LLC by a person specially appointed for that purpose.

4. Defendants have failed to plead or otherwise respond to Plaintiff's Complaint within the time period allowed.

5. Defendants are neither infants, incompetent persons, nor members of the military service of the United States.

NOW, THEREFORE, default is hereby entered against Defendants as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 16 day of March, 2018.

_____
Peter A. Moore, Jr.
Clerk of Court
Eastern District of North Carolina