UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHARLES PRESCOTT, on behalf of himself and all others similarly situated<br>    Plaintiff,<br><br>v.<br><br>MORGREEN SOLAR SOLUTIONS, LLC; DARRIN GREEN; VAUGHN INDUSTRIES, LLC,<br>    Defendants<br><br>VAUGHN INDUSTRIES, LLC,<br>    Counter Claimant,<br><br>v.<br><br>CHARLES PRESCOTT, on behalf of himself and all others similarly situated,<br>    Counter Defendant<br><br>VAUGHN INDUSTRIES, LLC,<br>    Cross-Claimant,<br><br>v.<br><br>MORGREEN SOLAR SOLUTIONS, LLC; DARRIN GREEN,<br>    Cross-Defendants<br><br>MORGREEN SOLAR SOLUTIONS, LLC; DARRIN GREEN,<br>    Counter Claimants,<br><br>v.<br><br>CHARLES PRESCOTT, on behalf of himself and all others similarly situated,<br>    Counter Defendant. | **DEFAULT JUDGMENT**<br><br>No. 5:17-CV-365-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for entry of default judgment and cross-claimant Vaughn Industries, LLC's motion for entry of default judgment, argued at hearing March 27, 2019.

**IT IS ORDERED, ADJUDGED AND DECREED**, in accordance with the court's order entered on March 29, 2019, the court grants plaintiff's motion for entry of default judgment and grants cross-claimant Vaughn's motion for entry of default judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the court AWARDS plaintiffs $257,613.60 in damages and attorneys' fees from MorGreen defendants and AWARDS cross-claimant Vaughn $191,363.50 in damages and attorneys' fees from MorGreen defendants.

**This Judgment Filed and Entered on March 29, 2019, and Copies To:**
Gilda Hernandez (via CM/ECF Notice of Electronic Filing)
David Eugene Dean (via CM/ECF Notice of Electronic Filing)
Kerry Shad / Patrick D. Lawler (via CM/ECF Notice of Electronic Filing)

March 29, 2019                    PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk